No. 93–9780. DUPONT v. DUBOISE, WARDEN, ET AL., *ante*, p. 916;

No. 94–385. EXXON CORP. ET AL. v. EYAK NATIVE VILLAGE ET AL., *ante*, p. 943; and

No. 94–5122. ENO v. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *ante*, p. 916. Petitions for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of these petitions.

No. 94–5471. CAIN v. MISSOURI STATE BOARD OF PODIATRY MEDICINE, *ante*, p. 902. Motion of petitioner to defer consideration of petition for rehearing denied. Petition for rehearing denied.

### NOVEMBER 29, 1994

No. 94–5319 (A–370). CLARK v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 966. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for rehearing denied.